John W. Hunt v. Bessie H. Hunt, Appellant. Robert L. Lucas and John E. Harris, as Executors, etc., and Others, Respondents.— Motions withdrawn. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

In the Matter of John H. Atkins, an Attorney.— Motion granted, and matter referred to Hon. Josiah T. Marean, official referee, to take proofs and report with his opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of Benjamin Frindel, an Attorney.— Report of referee confirmed, and applicant reinstated. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of the Application of Hamilton R. Halsey for Payment of Award Made in Proceedings for Acquiring Title to Premises on Main Street, etc., Elmhurst, etc., for a School Site.— Report of referee confirmed, and the money directed to be paid into the Supreme Court, and deposited with the city chamberlain to the credit of the infants. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

William K. Aston, Respondent, v. Rudolph Cohen, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Rudolph F. Baar, Appellant, v. Clayton L. Moak, Defendant. Henry Clay Lawrence, a Judgment Creditor of Defendant, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Annie David, Respondent, v. Charles W. Geekie, as Administrator, etc., of Andrew W. Geekie, Deceased, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the defendant interposed proper objections based upon section 829 of the Code of Civil Procedure. (See particularly folios 35 and 51 of the record.) Jenks, P. J., Burr, Carr and Stapleton, JJ., concurred; Thomas, J., dissented.

Eagle Savings and Loan Company, Respondent, v. Ada M. Collins, Appellant, and Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Sarah M. Ellis, as Administratrix, etc., of Seele H. Ellis, Deceased, Respondent, v. New York and Long Island Traction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Carr and Rich, JJ., concurred; Jenks, P. J., and Thomas, J., dissented.